```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant United States Attorney
 3  2500 Tulare St., Suite 4401
    Telephone: (559) 497-4022
 4  Facsimile: (559) 497-4099

 5  Attorneys for the
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-cr-0245 LJO SKO |
|---|---|
| Plaintiff, | ) STIPULATION & PROPOSED |
| | ) PROTECTIVE ORDER |
| v. | ) |
| | ) |
| MARIA EUSEBIA VEGA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

WHEREAS, the discovery in this case contains third-party personal information including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant MARIA VEGA, by and through her counsel of record Mark W. Coleman ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

1      5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

DATED: August 17, 2012     By: /s/ Mark W. Coleman
    MARK W. COLEMAN
    Attorney for defendant
    MARIA VEGA

DATED: August 21, 2012     BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Kirk E. Sherriff
    KIRK E. SHERRIFF
    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: August 21, 2012**     /s/ Lawrence J. O'Neill
    UNITED STATES DISTRICT JUDGE