1
2
3
4

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

5

ATTORNEYS FOR  Defendant

6

7

### UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9
10

UNITED STATES OF AMERICA,

Case No.: 1:12-cr-00245-LJO-SKO

Plaintiff,

11
12

vs.

**STIPULATION TO CONTINUE**
**STATUS CONFERENCE**
**AND**
**ORDER**

MARIA VEGA,

13
14

Defendants.

15

16       IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein

17   that the Status Conference set for October 29, 2012 at 1:00 pm be continued to November 19, 2012

18   at 1:00 pm.

19       The reason for this request is that counsel for the Defendant needs additional time to review

20   the voluminous discovery produced to date and compile additional records. Additionally, Defendant

21   has retained an expert to review the tax records and the review is not complete.

22       The parties further request the Court to enter an Order finding that the "ends of justice"

23   served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and

24   that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18

25   U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).  The failure to grant a continuance would deny counsel for the

26   defendant the reasonable time necessary for effective preparation, taking into account the exercise

27   of due diligence.

28   ///

DATED: October 25, 2012.     NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN,
Attorney for Defendant

DATED: October 25, 2012

/s/ Kirk W. Sherriff

_____
KIRK E. SHERRIFF,
Assistant United States Attorney

* * * * * *

**O R D E R**

    For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from October 29, 2012 to, and including, November 19, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

IT IS SO ORDERED.

**Dated:     October 25, 2012**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE