**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA VEGA,<br><br>Defendants. | Case No.: 1:12-cr-00245-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for May 6, 2013 at 1:00 pm be continued to June 17, 2013 at 1:00 pm.

The reason for this request is that counsel for Defendant recently underwent surgery on his ankle and was out of the office for recovery following the surgery. Counsel has returned to his office, but has been unable to finish the work necessary to resolve this case.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv). The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

| | | |
|---|---|---|
| 1 | DATED: May 2, 2013. | NUTTALL & COLEMAN |
| 2 | | /s/ Mark W. Coleman |
| 3 | | _____ |
| 4 | | MARK W. COLEMAN,<br>Attorney for Defendant |
| 5 | DATED: May 2, 2013. | |
| 6 | | /s/ Kirk W. Sherriff |
| 7 | | KIRK E. SHERRIFF,<br>Assistant United States Attorney |

\* \* \* \* \* \*

## **O R D E R**

For the reasons set forth above, the continuance requested by the parties is GRANTED for good cause and time is excluded under the Speedy Trial Act from May 6, 2013 to, and including, June 17, 2013, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

If the parties are unable to reach an agreement that resolves this matter prior to June 17, 2013, they shall be prepared to select a mutually acceptable trial date at the next status conference.

IT IS SO ORDERED.

**Dated: May 3, 2013**        /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE