1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA VEGA,<br><br>Defendants. | Case No.: 1:12-cr-00245-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for June 17, 2013 at 1:00 pm be continued to July 29, 2013 at 1:00 pm.

The reason for this request is that tax documents are currently being reviewed by defense experts. All documents have been reviewed and summarized, but a tax expert is now analyzing the documents to determine whether there are any taxes owed.

Defendant is interested in attempting to negotiate a resolution of the case but cannot do so without an accurate reconciliation of thousands of pages of financial records.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv). The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| DATED: June 13, 2013. | | NUTTALL & COLEMAN |
| | | /s/ Mark W. Coleman |
| | | _____ |
| | | MARK W. COLEMAN, Attorney for Defendant |
| DATED: June 13, 2013. | | |
| | | /s/ Kirk E. Sherriff |
| | | _____ |
| | | KIRK E. SHERRIFF, Assistant United States Attorney |

\* \* \* \* \* \*

## **O R D E R**

After careful review of the most recent stipulation to continue the status conference filed in this case, as well as the entire procedural history of this case, the parties' request to continue the status conference is DENIED.

The Court has serious concerns about the lack of progress toward a resolution of this matter and notes that this defendant was indicted and the case was filed on August 2, 2012 – more than ten months ago. The Court further notes that there have been two status conferences and four stipulations to continue the status conferences. In its May 3, 2013, Order granting the parties' request to continue the matter, the court specifically notified the parties that if they "are unable to reach an agreement that resolves the matter prior to June 17, 2013, they shall be prepared to select a mutually acceptable trial date at the next status conference." Notwithstanding the court's Order, the parties have filed yet another request for continuance of the status conference by stipulation.

The parties shall appear at the status conference set for June 17, 2013. Counsel are to bring their trial calendars to the hearing, and should meet and confer before the hearing to agree on a trial date. If they cannot do so, the Court will select the firm date unilaterally.

IT IS SO ORDERED.

**Dated:   June 13, 2013**           /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE